No. 73–1046. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, and WELFARE *v.* DIAZ ET AL. Appeal from

D. C. S. D. Fla. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.